UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CLARENCE BOUTTE, on behalf of himself and others similarly situated, | § § § | Civil Action No.: 4:19-cv-03397 |
| Plaintiff, | § § | |
| v. | § § | |
| HUGHES, WATTERS & ASKANASE, L.L.P., | § § § | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

Clarence Boutte ("Plaintiff") and Hughes, Watters & Askanase, L.L.P. ("Defendant") notify the Court that they have reached an agreement in principle to settle this matter on an individual basis. The parties respectfully request that the Court allow them thirty (30) days within which to memorialize the terms of their settlement and to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED this 23rd day of October, 2019

| | |
|---|---|
| /s *James Davidson* | /s *Robbie Malone* |
| James L. Davidson (pro hac vice) | Robbie Malone |
| Attorney-in-Charge | Texas Bar No. 12876450 |
| Florida Bar No. 723371 | rmalone@mamlaw.com |
| Greenwald Davidson Radbil PLLC | Eugene Xerxes Martin, IV |
| 5550 Glades Road, Suite 500 | Texas Bar No. 24078928 |
| Boca Raton, FL 33431 | xmartin@mamlaw.com |
| Tel: (561) 826-5477 | Northpark Central, Suite 1850 |
| Fax: (561) 961-5684 | 8750 North Central Expressway |
| jdavidson@gdrlawfirm.com | Dallas, TX 75231 |
| | Telephone: (214) 346-2630 |
| Aaron D. Radbil | Facsimile: (214) 346-2631 |
| Texas Bar No. 24094090 | |
| Greenwald Davidson Radbil PLLC | Billy Shephard |
| 401 Congress Avenue, Suite 1540 | Texas Bar No. 18219700 |
| Austin, TX 78701 | bshepherd@spcounsel.com |
| Telephone: 512.803.1578 | 770 South Post Oak Lane, Suite 420 |

1

| | |
|---|---|
| Fax: 561.961.5684<br>aradbil@gdrlawfirm.com<br><br>Counsel for Plaintiff | Houston, TX 77056<br>Telephone: (713) 955-4440<br>Facsimile: (713) 766-6542<br><br>Counsel for Defendant |

**Certificate of Service**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on October 23, 2019, via the Court Clerk's CM/ECF system, which will provide notice to the following counsel of record:

Robbie Malone
Eugene Xerxes Martin, IV
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231

Billy Shephard
770 South Post Oak Lane, Suite 420
Houston, TX 77056


Counsel for Defendant

                                            */s/ James Davidson*
                                            James L. Davidson
                                            Greenwald Davidson Radbil PLLC