| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 23, 2019
David J. Bradley, Clerk

Clarence Boutte, §
　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　§
versus　　　　　　　　　§　　Civil Action H-19-3397
　　　　　　　　　　　　§
Hughes, Watters & Askanase, L.L.P., §
　　　　　　　　　　　　§
　　　　Defendant. §

## Conditional Dismissal

1. Having been advised by the parties that they have settled, this case is dismissed with prejudice.

2. By November 22, 2019, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed on October 23, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge