UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
November 25, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Clarence Boutte, | § | |
|     Plaintiff, | § § § | |
| versus | § § | Civil Action H-19-3397 |
| Hughes, Watters & Askanase, L.L.P., | § § | |
|     Defendant. | § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on November 25, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge